IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REBIO RONNIE TOWNSEND,

     Petitioner,                    No. 2: 12-cv-2350 AC P[1]

     vs.

ATASCADERO STATE HOSPITAL,

     Respondent.               ORDER
_____/

     Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.[2] (No. 2:11-cv-2058 GGH P.[3]) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Magistrate Judge who considered the prior petition.

---

    [1] This petition was filed on September 12, 2012, and was reassigned from Magistrate Judge Edmund F. Brennan to the undersigned by order, filed November 20, 2012. Petitioner has consented to the jurisdiction of the magistrate judge in this matter. See Doc. No. 6.

    [2] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

    [3] The parties in No. 2:11-cv-2058 GGH P consented to the jurisdiction of the magistrate judge.

1

1  The parties should be aware that reassigning this action under Local Rule 190(d)
2  merely has the result that the action is assigned to the Magistrate Judge who considered the prior
3  petition; no consolidation of the actions is effected.
4  Accordingly, IT IS HEREBY ORDERED that:
5  1. This action is reassigned to Magistrate Judge Gregory G. Hollows for all
6  further proceedings; henceforth, the caption on documents filed in this action shall be shown as
7  No. 2: 12-cv-2350 GGH P; and
8  2. The Clerk of the Court shall make appropriate adjustment in the assignment of
9  civil cases to compensate for this reassignment.
10  DATED: January 8, 2013.

ALLISON CLAIRE  
UNITED STATES MAGISTRATE JUDGE

AC:009  
town2350.190