UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBIO RONNIE TOWNSEND, | No. 2:12-cv-2350 GGH P |
| Petitioner, | |
| v. | ORDER |
| AUDREY KING, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's November 12, 2013 dismissal of his application for a writ of habeas corpus as successive. On March 4, 2014, the Ninth Circuit Court of Appeals remanded the matter to this court for a determination of whether a certificate of appealability should be granted or denied. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

/////

1

1   A certificate of appealability should be granted for any issue that petitioner can
2   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different
3   court, or is "'adequate to deserve encouragement to proceed further.'" <u>Jennings v. Woodford</u>,
4   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

5   For the reasons set forth in the order issued November 12, 2013, that the instant petition
6   attacks the same conviction which was previously decided on the merits, a substantial showing of
7   the denial of a constitutional right has not been made in this case.

8   Accordingly, IT IS HEREBY ORDERED that:

9   1. A certificate of appealability should not issue in the present action.

10  2. The Clerk of the Court shall serve this order on the Ninth Circuit Court of Appeals.

11  Dated: March 11, 2014

12  /s/ Gregory G. Hollows

13  UNITED STATES MAGISTRATE JUDGE

16  GGH:076/Town2350.coa

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.